No. 65, Orig. TEXAS v. NEW MEXICO. Report of Special Master on motion of the United States for leave to intervene received and ordered filed. Motion for leave to intervene granted. [For earlier orders herein, see, e. g., ante, p. 942.]

No. 74–492. OHIO v. GALLAGHER. Sup. Ct. Ohio. [Certiorari granted, 420 U. S. 1003.] Motion of petitioner for leave to file supplemental brief after argument granted, and the brief is to be filed no later than February 13, 1976. MR. JUSTICE STEVENS took no part in the consideration or decision of this motion.

No. 74–1318. DREW MUNICIPAL SEPARATE SCHOOL DISTRICT ET AL. v. ANDREWS ET AL. C. A. 5th Cir. [Certiorari granted, ante, p. 820.] Motions of Child Welfare League of America and National Education Assn. for leave to file briefs as amici curiae granted.

No. 74–1393. SINGLETON, CHIEF, BUREAU OF MEDICAL SERVICES, DEPARTMENT OF HEALTH AND WELFARE OF MISSOURI v. WULFF ET AL. C. A. 8th Cir. [Certiorari granted, 422 U. S. 1041.] Motion of respondents to expand scope of certiorari denied.

No. 75–104. UNITED JEWISH ORGANIZATIONS OF WILLIAMSBURGH, INC., ET AL. v. CAREY, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. [Certiorari granted, ante, p. 945.] Motion of Board for Legal Assistance to the Jewish Poor, Inc., et al., for leave to file a brief as amici curiae granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 74–145. NORTHERN CHEYENNE TRIBE v. HOLLOWBREAST ET AL. C. A. 9th Cir. [Certiorari granted, ante, p. 891.] Motion of Neil Haight, Esquire, to permit Steven L. Bunch to participate in oral argument pro hac vice granted.